1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIE LEE JEFFERSON,       )
                          )     3:04-CV-00687-LRH (VPC)
      Plaintiff,    )
                          )
   vs.                 )    **REPORT AND RECOMMENDATION**
                          )    **OF U.S. MAGISTRATE JUDGE**
ART VOGT, ET AL.,        )
                          )
      Defendants.   )    July 6, 2007
_____)

This Report and Recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. Before the court are two of plaintiff's motions filed in this action (#92 and #93), each of which contain threatening statements. The court recommends that plaintiff's motions be stricken and that he be admonished that he will be sanctioned for similar behavior in the future.

### I. HISTORY & PROCEDURAL BACKGROUND

Plaintiff Willie Lee Jefferson ("plaintiff"), a *pro se* prisoner, is currently incarcerated at Ely State Prison ("ESP") in the custody of the Nevada Department of Corrections ("NDOC") (#13). Plaintiff brings his complaint pursuant to 42 U.S.C. § 1983, alleging that defendants violated his Eighth Amendment right against cruel and unusual punishment by housing him in disciplinary segregation based on his mental illness (#9). Plaintiff names as defendants Michael Budge, former Nevada State Prison ("NSP") Warden; James Baca, NSP Assistant Warden; Art Vogt, NDOC Mental Health Director; and Ted D'Amico, NDOC Medical Director. *Id.*

On November 17, 2006, plaintiff filed a motion for enlargement of time (#92). Attached

to the plaintiff's motion was a "Verification," which contained a partial letter to the undersigned Magistrate dated November 13, 2006. *See* Exhibit A. In the letter, plaintiff uses vulgar language and makes threats against the Magistrate, her husband, and her children. *Id.*

On November 22, 2006, plaintiff filed an "Opposition to Defendants' motion for leave to file in camera documents in support of summary judgment (docket no. 82)" (#93). Within the text of plaintiff's motion were more threats and vulgar language, including a threat that something would happen to the undersigned Magistrate "on the way home from the court house." *See* Exhibit B.

The court recommends that these pleadings be stricken from the record. Furthermore, the court warns plaintiff that should he continue this type of threatening behavior, he will be sanctioned. These sanctions could include monetary sanctions, striking a motion or pleading, dismissal of his entire case, or sanction from filing actions in federal court altogether. The court will not tolerate such behavior from litigants.

## III. CONCLUSION

Based on the foregoing and for good cause appearing, the court concludes that plaintiff has submitted documents containing inappropriate language and threats to this court. The plaintiff is admonished that he will incur sanctions should this behavior occur in the future.

The parties are advised:

1.    Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this report and recommendation within ten days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

1      2.   This report and recommendation is not an appealable order and any notice of appeal

2  pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's

3  judgment.

## IV. RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** plaintiff's motion for enlargement of time

(#92) and plaintiff's "opposition to Defendants' motion for leave to file in camera documents in

support of summary judgment (docket no. 82)" (#93) be **STRICKEN**.

    **DATED:** July 6, 2007.

_____

**UNITED STATES MAGISTRATE JUDGE**

3

# EXHIBIT A

## VERIFICATION

I declare, affirm and swear under the penalty of perjury That all of The above statements are essentially or true and correct of my own (Present Knowledge). As to any such matters stated upon information or belief I swear that I believe them all to be true and Correct (PURSUANT TO: 28 U.S.C.3 1746 and 18 U.S.C.31621)

Dated This 13th of November 2006

Executed Ely State prison
P.o. Box 1989
Ely, nv. 89301

Willie Jefferson #12122
Willie Lee Jefferson #12122
P.o. Box 1989

                                        nov. 13/2006

Magistrate Judge Valerie P. Cooke

    Look Bitch I want long have you been predjue and shrew hated (Prejudice towards Africa Hmerica, what he fuch you when you was coming up as a child and that why you hate African Hmericas oh Bitch I hope when you go home I hope that you the your husband that if you got one throw him dick fuck n hoes and fine your kids they come way and fuck n hoes and I hope a Black man did it to get even with your bitch ass Valerie P. Cooke you prostitute Bitch you on your phion, what you is 6 now you don't Like me you like pussy because me cannot Please scroll so you enjoy Pussy what you is fucking the depity clothes with that big dick you got, if you got one you Stole it from a deadman bitch I hope you stick on the wrong pussy and swollow the cumal chote off it and die bitch off some pussy you eat both

# EXHIBIT B

See Mathew V Eldridge 424 U.S. 319, 344 96 S.Ct. 853, 907 43 L.Ed.2d 18 (1978) Plaintiff claims at the same time he "preserve" both the appearce and reality of "Fairness," goal garentie the felon, so important to a popular government, that Justice has been done, see Joint Anti-Fascist Committee V McGrath, 341 U.S. 123,172 71 S.Ct. 624, 649 95 L.Ed. 817 (1951) (Frankfurter, J, conferring, by insuring that no person will be deprived of his interests in the absence of a proceeding in which he may present his case with assurance that the "arbiter" is not "predisposed" to find against him.)

Plaintiff is ceting in prose and the Constitution requires Fairness to richard poor, represented and unrepresented. See 28 U.S.C § 1915 (a), In the Case at (BAR) magisted Judge V. P. Cooke administer rascer discrimination, prejudice, personal Bias, to inflict individuals, discrimination, amins see Washington v Davis 426 U.S. 229, 240 96 S.Ct. 2040, 2049 43 L.Ed.2d 389 (1976). The Due Process Clause of the Fifth amendment contains an equal protection component prohibiting The United States from individually discriminating between individuals or groups.) Id at 2040 96 S.Ct. 2049. The decision made in this Case is "Unfair" The Bitch is skin magisted Judge V. P. Cooke anergratcize both the need to be rope by a Blackman " on the Go, home from the court bar ..." rope that black "brother"

In as the constitutional afforded fundamental principles of Fairness embodied in the Constitution requires that governmental officials, both state and federal be held liable for damages when they violate limits placed upon their conduct by the by the Constitution, even if they are ceting pursuant to congressional Authorization. See Butz V Economou, 438 U.S. 478, 495 98 S.Ct. 2894, 2894 2905, 57 L.Ed.2d 895 (1978). See also Little v Barreme 6 U.S. (2 Cranch) 170, 179, 2 L.Ed. 243 (1804) (holding ship commander liable for unlawful seizing brough Brigadier, even though, seizure was pursuant to superius instruction) See CP # 66 such order was not given by superior only

(6)

see Wood v Shalala 858 F.Supp 264, 265 D. colorado D. nev.1989) (holding that ALJ's specifically, the process of SSA oxy adjudication is carefully structured so as to ensure osure that the ALJs exercise independent judgment on the evidence before them free from pressures by, the parties or other officials within agency.") B.t.z 438 U.S. at 513-519 98 S.ct at 2514

VI Conclusion
Wherefor Plantiff move this Honorable u.s district court to Strike defendants incommon motion  BE DENIED as a whole

VII   CERTIFICATE of SERVICE BY MAIL
Whereffor Plantiff willie Lee Jefferson hereby moves this court and certify That on this 20, day of november 200 I placed into Prison officer passes and copy, of this motion to be mailed defendant attorney at Following address

CEORGE J Chanas
ATTORNEY GENERAL
William S Geddes
Deputy ATTORNEY GENERAL
100 North Casca City Str
Casca City nv 8570-4217

BITCH ASS COOKE I'm A HOUB I've never fucked me, I've ever Anuch u I my Blades each I'll back on Sale in Saint out Pussy Bitch,

(14)