1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF NEVADA

8                                  * * * * *

9    WILLIE LEE JEFFERSON,                )
                                          )
10                      Plaintiff,        )        3:04-cv-00687-LRH (VPC)
                                          )
11   v.                                   )
                                          )        O R D E R
12   ART VOGT, et al.,                    )
                                          )
13                      Defendants.       )
     _____ )

14

15          The Court has considered the Report and Recommendation of United States Magistrate

16   Judge Valerie P. Cooke (#127) entered on July 6, 2007, in which the Magistrate Judge recommends

17   that Plaintiff's motions filed in this action (#92 and #93), each of which contain threatening statements,

18   be stricken and that Plaintiff be admonished that he will be sanctioned for similar behavior in the

19   future.  No objection has been filed by Plaintiff.  The Court has considered the pleadings and

20   memoranda of the parties and other relevant matters of record and has made a review and

21   determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and

22   good cause appearing, the court hereby

23   / / /

24   / / /

25   / / /

26   / / /

1    ADOPTS AND ACCEPTS the Report and Recommendation of the United States

2 Magistrate Judge (#127); therefore, Plaintiff's motion for enlargement of time  (#92)  and Plaintiff's

3 "opposition to Defendants' motion for leave to file in camera documents in support of summary

4 judgment (docket no. 82)" ( #93) are hereby STRICKEN from the record.  Plaintiff is admonished that

5 any similar behavior in the future will result in sanctions being levied upon him.  Such sanctions could

6 include dismissal of this litigation.

7    IT IS SO ORDERED.

8    DATED this 3rd  day of August, 2007.

9

10

11                                      _____

12                                      LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26