AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

WILLIE JEFFERSON,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:04-CV-00687-LRH-VPC**

ART VOGT, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#82) is GRANTED.


  January 4, 2008                                **LANCE S. WILSON**
                                                       Clerk


                                                 /s/ Daniel R. Morgan
                                                      Deputy Clerk