UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

WILLIE LEE JEFFERSON,

          Plaintiff - Appellant,

vs.

ART VOGT; et al.,

          Defendants- Appellees.

No.  08-15117

D.C. No. CV-04-00687-LRH/VPC

**ORDER**

This appeal has been taken in good faith  [     ]

This appeal is not taken in good faith     [ X ]

Explanation: Excessive and intentional procedural abuses by Plaintiff-Appellant.

DATED: February 14, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE